IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERICK SNEAD,

      Appellant,

v.

DEBORAH ANSLEY,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2846

Opinion filed April 15, 2015.

An appeal from the Circuit Court for Duval County.
Mark H. Mahon, Judge.

Derick Snead, pro se, Appellant.

Deborah Ansley, pro se, Appellee.


PER CURIAM.

The trial court erred in granting appellee's petition for protection against repeat violence because appellant was not given a full opportunity to present evidence in opposition to the petition. Accordingly, we reverse the injunction and remand for a new hearing on the petition.

REVERSED and REMANDED.

RAY and SWANSON, JJ., CONCUR; MARSTILLER, J., DISSENTS WITHOUT OPINION.